MARIE P. ADAMS, PLAINTIFF-RESPONDENT, v. PETER A. ADAMS, DEFENDANT-PETITIONER.

See same case below: 53 *N. J. Super.* 424.

*Mr. Louis Santorf* for the petitioner.

*Messrs. Ward & Levinthal* for the respondent.

June 17, 1959. Denied.

HENRIETTA MATTHEWS, PETITIONER-RESPONDENT, v, WM. SPENCER & SON CORPORATION, RESPONDENT-PETITIONER.

*Mr. Hymen Siegendorf* for the petitioner.

*Mr. Abraham Miller* and *Mr. J. Leo Farrell* for the respondent.

June 17, 1959. Denied.